FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES JOSEPH REEVIS, also known as The Anahedone Heavely Queen's daddy,<br><br>    Plaintiff,<br><br>  v.<br><br>SPOKANE COUNTY DETENTION SERVICES,<br><br>    Defendant. | NO: 2:20-CV-00486-RMP<br><br>ORDER DISMISSING ACTION |

By Order filed March 31, 2021, the Court granted Plaintiff Charles Joseph Reevis thirty days to voluntarily dismiss this action. ECF No. 8. The Court found that Mr. Reevis's *pro se* submission, a two-page Standard Form 95 ("SF 95"), filed while he was incarcerated at the Spokane County Corrections Center, did not support a federal tort claim. *Id.* at 4–5. Consequently, Plaintiff's claims were subject to dismissal for lack of subject matter jurisdiction. *See McNeil v. United States*, 508 U.S. 106, 110, 113 (1993).

ORDER DISMISSING ACTION -- 1

Plaintiff is currently housed at Comprehensive Health Care - Yakima Competency Restoration, and is proceeding *in forma pauperis*, but without the obligation to pay the $350.00 filing fee for this action. ECF No. 7. Plaintiff did not avail himself of the opportunity to voluntarily dismiss this action.

Accordingly, **IT IS ORDERED:**

1. This action is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

2. Based on the Court's reading of *Hoffmann v. Pulido*, 928 F.3d 1147, 1152 (9th Cir. 2019), this dismissal will NOT count as a "strike" under 28 U.S.C. § 1915(g).

3. This case is **DISMISSED** and **CLOSED**.

**IT IS SO ORDERED.** The District Court Clerk is **DIRECTED** to enter this Order, provide a copy to Plaintiff and **CLOSE** the file. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**DATED** June 8, 2021.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER DISMISSING ACTION -- 2